

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00044-CV

| | | |
|---|---|---|
| In the Interest of M.C. and A.C., Minor Children | § | From 233rd District Court |
| | § | of Tarrant County (233-092116-86) |
| | § | May 12, 2016 |
| | § | Opinion by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm that portion of the trial court's judgment that pertains to S.G.'s attorney's fees billed in connection with the default judgment and the payout schedule. We reverse that portion of the trial court's judgment that awards more than the amount to which R.C. stipulated and render judgment for S.G. in the amount to which R.C. stipulated, $104,862.27.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Bonnie Sudderth_____
Justice Bonnie Sudderth